June 4, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

AMERIQUEST MORTGAGE COMPANY, Appellant

NO. 14-13-00340-CV                    V.

JULIO CARLOS MARRON AND MARIA ROCIO MARRON, Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on December 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ameriquest Mortgage Company.

We further order this decision certified below for observance.